**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 17-6346**

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

        v.

DWAYNE MITCHELL LITTLEJOHN, a/k/a Manson,

       Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Martin K. Reidinger, District Judge.  (2:08-cr-0036-MR-DLH-2)

_____

Submitted:  July 27, 2017                               Decided:  July 31, 2017

_____

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dwayne Mitchell Littlejohn, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina; Jennifer A. Youngs, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Mitchell Littlejohn appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Littlejohn*, No. 2:08-cr-0036-MR-DLH-2 (W.D.N.C. Mar. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*